UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

                    v.                          Criminal No. 06-cr-114-01-PB

<u>Bernard Smith</u>


<u>O R D E R</u>


 I hereby recuse myself from presiding over this case and direct the Clerk to reassign the

case to another judge.

 SO ORDERED.



August 14, 2007                           <u>  /s/ Paul Barbadoro        </u>
                                          Paul Barbadoro
                                          United States District Judge


cc: U. S. Attorney
  Paul Maggiotto, Esq.
  U. S. Marshal
  U. S. Probation